132 P.3d 869

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 21, 2006**

| | | |
|---|---|---|
| 26882 | State v. Bode | Affirmed |
| 26937 | State v. Buntenbah | Affirmed |
| 26703 | State v. Guido | Affirmed |

**April 26, 2006**

| | | |
|---|---|---|
| 27077 | Nash-Givens v. Kaiser Foundation Health Plan, Inc. | Affirmed |

**April 27, 2006**

| | | |
|---|---|---|
| 26872, 26873 | Doe Children, In re | Affirmed |
| 26129 | Dubois v. Association of Apartment Owners of 2987 Kalakaua | Affirmed |
| 26443 | State v. Garperio | Affirmed |

**April 28, 2006**

| | | |
|---|---|---|
| 27110, 27111 | R.R., In re | Affirmed |
| 26822 | State v. Agtarap | Affirmed |
| 26757 | State v. Miano | Affirmed |

**May 3, 2006**

| | | |
|---|---|---|
| 26206 | Mohr v. Ing | Vacated, Dismissed and Remanded |